UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-256 (SRC)

v. : Hon. Stanley R. Chesler

SHAWN MOSES : CONTINUANCE ORDER

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on April 7, 2009; and the defendant having been arraigned by this Court on May 19, 2008; and the defendant being represented by David Holman, Esq., Assistant Federal Public Defender; and the defendant currently being detained; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the parties respectfully request a continuance of sixty (60) days pursuant to 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to engage in plea negotiations and try to resolve this matter without trial and for good cause shown;

IT IS on this 20 day of May, 2009,

ORDERED that from the date of this Order, to and including July 19, 2009, shall be excluded in calculating the time within

which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE STANLEY R. CHESLER
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

David Holman, Assistant Federal Public Defender
Counsel for SHAWN MOSES